# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 2002-130 |
| v. | ) | |
| | ) | |
| GEETA SOOKDEO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER

FINCH, J.

THIS MATTER comes before the Court on the government's Motion to Dismiss the Information filed in this matter. To date, Defendant's whereabouts remain unknown. After careful consideration and being fully advised in the premises, it is hereby

**ORDERED** that the government's Motion to Dismiss the Information is **GRANTED**. It is further

**ORDERED** that the Information in this matter is **DISMISSED**.

ENTERED this 20th day of November, 2008.

_____ /s/
**HONORABLE RAYMOND L. FINCH**
**SENIOR U.S. DISTRICT JUDGE**

2